# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLEGIANT AIR, LLC,

    Plaintiff(s),

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.,

    Defendant(s).

Case No.: 2:18-cv-01360-NJK

**ORDER**

Attorney Edward M. Gleason, Jr., appeared in this case on August 6, 2018, Docket No. 9, and was required to comply with the Court's *pro hac vice* requirements within 45 days therefrom, Local Rule IA 11-2(e). To date, Mr. Gleason has not done so. Mr. Gleason is **ORDERED** to comply with Local Rule IA 11-2 by November 5, 2018.

IT IS SO ORDERED.

Dated: October 29, 2018

                                            Nancy J. Koppe
                                            United States Magistrate Judge