# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLEGIANT AIR, LLC,

    Plaintiff(s),

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.,

    Defendant(s).

Case No.: 2:18-cv-01360-NJK

**ORDER**

[Docket No. 31]

Pending before the Court is a stipulation to continue the hearing on the motion to dismiss the amended complaint, Docket No. 31, which is **GRANTED**. That hearing is hereby **CONTINUED** to 9:30 a.m. on December 6, 2018, in Courtroom 3C.

IT IS SO ORDERED.

Dated: October 31, 2018

                                              Nancy J. Koppe
                                              United States Magistrate Judge