1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
3  **JACKSON LEWIS P.C.**
4  3800 Howard Hughes Pkwy, Suite 600
   Las Vegas, Nevada 89169
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email:  deverie.christensen@jacksonlewis.com
           joshua.sliker@jacksonlewis.com
7
8  DOUGLAS W. HALL, ESQ. (admitted *pro hac vice*)
   Washington D.C. Bar No. 430406
9  AARON S. MARKEL, ESQ. (admitted *pro hac vice*)
   Washington D.C. Bar No. 1018072
10 **JONES DAY**
   51 Louisiana Avenue, N.W.
11 Washington, D.C. 20001
   Telephone: (202) 879-3939
12 Facsimile: (202) 626-1700
13 Email:  dwhall@jonesday.com
           amarkel@jonesday.com
14
   *Attorneys for Plaintiff*
15 *Allegiant Air, LLC*

16                **UNITED STATES DISTRICT COURT**

17                    **DISTRICT OF NEVADA**

18  | | |
    |---|---|
19  | ALLEGIANT AIR, LLC, | Case No. 2:18-cv-01360-NJK |
20  | Plaintiff, | |
21  | v. | **STIPULATION AND [PROPOSED]** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM** |
22  | INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al. | |
23  | | |
24  | Defendants. | |

25        Plaintiff Allegiant Air, LLC ("Allegiant"), by and through its counsel of record, Jackson

26  Lewis P.C. and Jones Day, and Defendants International Brotherhood of Teamsters, Airline

27  Division, Airline Professionals Association Teamsters Local Union No. 1224, and Daniel Wells,

28  by and through their counsel of record, The Urban Law Firm and Law Office of Edward Gleason,

PLLC, hereby stipulate to extend the time for Plaintiff to respond to Defendants' counterclaim to January 22, 2019.

Defendants' Answer to Plaintiff's Amended Complaint and Counterclaim Against Plaintiff was filed on December 18, 2018. ECF No. 39. Plaintiff response to the counterclaim is currently due on January 8, 2019. As noted in the parties' Joint Interim Status Report (ECF No. 40), Plaintiff intends to move to dismiss Defendants' counterclaim. A ruling in Plaintiff's favor on such a motion may reduce the time needed for trial. The recent Christmas and New Year's Day holidays have slowed preparation of Plaintiff's response as many employees were out of the office. As such, Plaintiff requires a two-week extension of time—until January 22, 2019—to prepare its response. Plaintiff has conferred with Defendants, and Defendants have stated that they do not oppose Plaintiff's request.

Dated this 4th day of January, 2019.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169

JONES DAY

*/s/ Douglas W. Hall*
DOUGLAS W. HALL, ESQ.
(admitted *pro hac vice*)
AARON S. MARKEL, ESQ.
  (admitted *pro hac vice*)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Plaintiff*

THE URBAN LAW FIRM

*/s/ Nathan R. Ring*
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

LAW OFFICE OF EDWARD GLEASON, PLLC

*/s/ Edward M. Gleason, Jr*
EDWARD M. GLEASON, JR.
(*admitted pro hac vice*)
910 17th Street, N.W., Suite 800
Washington, D.C. 20006

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: _____January 4, 2019_____