# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLEGIANT AIR, LLC,

    Plaintiff(s),

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.,

    Defendant(s).

Case No.: 2:18-cv-01360-NJK

**Amended Order**

    Plaintiff's position in this case is that the parties' dispute as to the PBS LOA "must be resolved in arbitration." Docket No. 17 at ¶ 6 (first amended complaint); *see also* Docket No. 43 at 16-21 (motion to dismiss counterclaim, arguing that it presents a minor dispute for which arbitration is required). At the hearing held on December 6, 2018, counsel for the Teamsters represented to the Court that the union is also prepared to arbitrate resolution of the PBS LOA. Docket No. 44 at 20-21 (transcript). No later than February 12, 2019, the parties shall meet-and-confer regarding the possibility of submitting their dispute to arbitration. *Cf.* Local Rule 26-1(b)(7). A joint status report regarding that conference shall be filed by February 15, 2019.

    IT IS SO ORDERED.

    Dated: January 29, 2019

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge