**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
               nring@theurbanlawfirm.com

**LAW OFFICE OF EDWARD GLEASON, PLLC**
EDWARD M. GLEASON, JR.
910 17th Street, N.W., Suite 800
Washington, DC 20006
T: 202-800-0099
egleason@gleasonlawdc.com
*Admitted Pro Hac Vice*
**Counsel for Defendants**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.<br><br>Defendants. | Case No. 2:18-cv-01360-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS/ COUNTERCLAIMANTS TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM** |

/ / /

133326

1

Plaintiff Allegiant Air, LLC ("Allegiant"), by and through its counsel of record, Jackson Lewis P.C. and Jones Day, and Defendants/ Counterclaimants International Brotherhood of Teamsters, Airline Division ("IBT") and Airline Professionals Association, Teamsters Local Union No. 1224 ("Local 1224"), by and through their counsel of record, The Urban Law Firm and Law Office of Edward Gleason, PLLC, hereby stipulate to extend the time for Defendants/ Counterclaimants to respond to Plaintiff's Motion to Dismiss Counterclaim to February 19, 2019.

Defendants/ Counterclaimants' Answer and Counterclaim Against Plaintiff was filed on December 18, 2018. ECF No. 39. Plaintiff responded to the Counterclaim on January 22, 2019 after a stipulated two week extension of time was entered by the Court.

Due to illness of Defendants/ Counterclaimants' lead counsel, travel schedules of potential witnesses, and travel of counsel. Defendants/ Counterclaimants require a two-week extension of time—until February 19, 2019—to prepare their response to Plaintiff's Motion to Dismiss. Defendants/ Counterclaimants have conferred with Plaintiff and Plaintiff has stated that it does not oppose the extension request.

Dated this 11th day of February, 2019.

| THE URBAN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Nathan R. Ring<br>Nathan R. Ring, Nevada Bar No. 12078<br>4270 S. Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103<br>nring@theurbanlawfirm.com<br>(702) 968-8087 | /s/ Joshua A. Sliker<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>3800 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169 |
| LAW OFFICE OF EDWARD GLEASON, PLLC | JONES DAY |
| /s/ Edward M. Gleason, Jr<br>Edward M. Gleason, Jr.<br>Law Office of Edward Gleason, PLLC<br>910 17th Street, N.W., Suite 800<br>Washington, DC 20006<br>202-800-0099 | /s/ Douglas W. Hall<br>DOUGLAS W. HALL, ESQ.<br>(admitted *pro hac vice*)<br>AARON S. MARKEL, ESQ.<br>(admitted *pro hac vice*)<br>JONES DAY<br>51 Louisiana Avenue, N.W. |

133326

| | | |
|---|---|---|
| 1 | egleason@gleasonlawdc.com<br>(*admitted pro hac vice*) | Washington, D.C. 20001 |
| 2 | | *Attorneys for Plaintiff* |
| 3 | *Counsel for Defendants* | *Allegiant Air, LLC* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: \_February 12, 2019\_\_\_\_\_

133326