# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br>  Plaintiff(s),<br>v.<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.,<br>  Defendant(s). | Case No.: 2:18-cv-01360-NJK<br><br>**Order**<br><br>[Docket Nos. 43, 51] |

Pending before the Court is a stipulation to stay this case pending mediation, Docket No. 51, which is **GRANTED**. The parties shall file, no later than May 31, 2019, either dismissal papers, a joint status report, or a request to lift the stay.

In light of the above, the pending motion to dismiss (Docket No. 43) is hereby **DENIED** without prejudice. If the parties do not resolve this matter and the stay is lifted, that motion may be refiled within 14 days of the lifting of the stay.

IT IS SO ORDERED.

Dated: February 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge