1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email:  deverie.christensen@jacksonlewis.com
            joshua.sliker@jacksonlewis.com
7

8  DOUGLAS W. HALL, ESQ. (admitted *pro hac vice*)
   Washington D.C. Bar No. 430406
9  AARON S. MARKEL, ESQ. (admitted *pro hac vice*)
   Washington D.C. Bar No. 1018072
10 **JONES DAY**
   51 Louisiana Avenue, N.W.
11 Washington, D.C. 20001
   Telephone: (202) 879-3939
12 Facsimile: (202) 626-1700
13 Email:  dwhall@jonesday.com
            amarkel@jonesday.com
14
   *Attorneys for Plaintiff/Counterclaim-*
15 *Defendant Allegiant Air, LLC*

16

17                **UNITED STATES DISTRICT COURT**

18                    **DISTRICT OF NEVADA**

19                                          Case No. 2:18-cv-01360-NJK

20 ALLEGIANT AIR, LLC,

21          Plaintiff/Counterclaim-
            Defendant,

22                                          **JOINT STATUS REPORT AND**
23 v.                                       **MOTION FOR EXTENSION OF STAY**
                                            **PENDING MEDIATION**
24 INTERNATIONAL BROTHERHOOD
   OF TEAMSTERS, AIRLINE DIVISION,
25 et al.,

26          Defendants/Counterclaim-
            Plaintiffs
27

28

Pursuant to the Court's February 19, 2019 Order, Plaintiff Allegiant Air, LLC ("Allegiant") and Defendants International Brotherhood of Teamsters, Airline Division ("IBT"), Airline Professionals Association Teamsters Local Union No. 1224 ("Local 1224"), and Local 1224's President, Daniel Wells (collectively the "Union"), file this joint status report and request that this Court extend the stay of all deadlines and proceedings in this matter until June 28, 2019, so that the parties may continue their efforts to resolve this dispute through mediated negotiations. In support of this request, the parties state as follows:

1.     This case concerns the parties' attempts to negotiate a Preferential Bidding System Letter of Agreement ("PBS LOA"). In July 2018, the Union voted to authorize a strike against Allegiant based on the parties' failure to negotiate a PBS LOA. Believing that such a strike would violate the Railway Labor Act ("RLA"), Allegiant brought this lawsuit for injunctive and declaratory relief. *E.g.*, Verified Compl. (ECF No. 1) ¶ 2. The Union in turn filed a counterclaim, alleging that Allegiant engaged in bad faith bargaining concerning the PBS LOA, and seeking an order from the Court requiring Allegiant to return to the bargaining table to negotiate in good faith. Counterclaim (ECF No. 39) ¶¶ 39-47.

2.     On August 28, 2018, the Union moved to dismiss Allegiant's First Amended Complaint ("FAC"). Mot. to Dismiss FAC (ECF No. 18). The court denied this motion by Minute Order on December 6, 2018. (ECF No. 38). Allegiant has subsequently moved to dismiss the Union's counterclaim, briefing for which has not yet been completed. Mot. Dismiss Counterclaim (ECF No. 43).

3.     On February 15, 2019, the parties jointly moved this Court to stay all deadlines in proceedings in this case until May 31, 2019, so that they could pursue resolution of this dispute through mediation. (ECF No. 52).

4.     On February 19, 2019, the Court granted the parties' request and stayed all proceedings in this case, including the deadlines set forth in the Court's January 30, 3019 scheduling order (ECF No. 48), until May 31, 2019. (ECF No. 53). In doing so, the Court dismissed Allegiant's motion to dismiss the Union's counterclaim without prejudice, with permission to refile its request within 14 days of the stay being lifted. *Id.* The Court further ordered that the parties file

JACKSON LEWIS P.C.
LAS VEGAS

a joint status report, dismissal papers, or request to lift the stay by May 31, 2019. *Id.*

5.  Following the entry of the stay, the parties agreed to engage in three two-day mediation sessions with the assistance of Mediator Dana Eischen. On May 8 and 9, 2019, the parties engaged in the first of these mediation sessions in Las Vegas, Nevada. The parties scheduled their second two-day mediation session to take place in Washington, D.C., on May 30-31, 2019.

6.  The parties believe that extending the stay of proceedings and deadlines in this case will allow them to continue to pursue resolution through mediation, and thus save time, enhance judicial efficiency, and conserve court and party resources. The parties therefore respectfully request that the Court enter an order continuing its stay of all deadlines and proceedings – including discovery and further briefing on Allegiant's Motion to Dismiss the Union's counterclaim – until June 28, 2019. On or before June 28, 2019, the parties shall file either (a) a joint stipulation of dismissal, or (b) a joint status report advising the Court of the status of the parties' negotiations and containing the parties' recommendations for resumption of these proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7.     The parties and their counsel make this request in good faith and not for the purpose of delaying these proceedings.

Dated this 23rd day of May 2019.

THE URBAN LAW FIRM

*/s/ Nathan R. Ring*
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

*Attorneys for Defendants/Counterclaim-Plaintiffs*


LAW OFFICE OF EDWARD GLEASON, PLLC

*/s/ Edward M. Gleason, Jr.*
EDWARD M. GLEASON, JR.
(*admitted pro hac vice*)
910 17th Street, N.W., Suite 800
Washington, DC 20006

*Attorneys for Defendants/Counterclaim-Plaintiffs*


JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Avenue, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim-Defendant*


JONES DAY

*/s/ Douglas W. Hall*
DOUGLAS W. HALL, ESQ.
    (admitted *pro hac vice*)
AARON S. MARKEL, ESQ.
    (admitted *pro hac vice*)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Plaintiff/Counterclaim-Defendant*


**IT IS SO ORDERED.**

_____
Hon. Nancy J. Koppe
United States Magistrate Judge

Date: ____May 23, 2019____