DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. 4th Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email:  deverie.christensen@jacksonlewis.com
        joshua.sliker@jacksonlewis.com

DOUGLAS W. HALL, ESQ. (admitted *pro hac vice*)
Washington D.C. Bar No. 430406
AARON S. MARKEL, ESQ. (admitted *pro hac vice*)
Washington D.C. Bar No. 1018072
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email:  dwhall@jonesday.com
        amarkel@jonesday.com

*Attorneys for Plaintiff/Counterclaim-Defendant Allegiant Air, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.,<br><br>Defendants/Counterclaim-Plaintiffs | Case No. 2:18-cv-01360-NJK<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENDING STAY PENDING MEDIATED NEGOTIATIONS** |

JACKSON LEWIS P.C.
LAS VEGAS

Pending before the Court is a joint motion to stay proceedings in this matter pending mediated negotiations, Docket No. 61, which is **GRANTED.** It is hereby **ORDERED** as follows:

1. This matter shall continue to be **STAYED** from the entry of this Order until August 30, 2019;

2. On or before August 30, 2019, the parties shall file a joint stipulation of dismissal as to all claims in this action or a joint status report advising the Court of the status of the parties' mediated negotiations and containing the parties' recommendations for resumption of these proceedings.

IT IS SO ORDERED.

Dated: July 31, 2019

_____
Nancy J. Koppe
United States Magistrate Judge