# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLEGIANT AIR, LLC,

    Plaintiff(s),

v.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, AIRLINE DIVISION,
et al.,

    Defendant(s).

Case No.: 2:18-cv-01360-NJK

**Order**

Pending before the Court is the parties' joint request for a 14-day stay to allow them to finalize and execute a settlement agreement that will dispose of all the claims in this case. Good cause having been shown, the parties' request is **GRANTED.** The parties shall file, no later than November 8, 2019, either a joint request to resolve this matter or a status report regarding the parties' settlement efforts. If the parties do not resolve this matter, Allegiant Air, LLC's reply in support of its Renewed Motion to Dismiss (Dkt. #66) shall be due by November 18, 2019.

IT IS SO ORDERED.

Dated: October 30, 2019

                                        Nancy J. Koppe
                                        United States Magistrate Judge